**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | |
| OF | § | CIVIL ACTION NO. 4:11-cv-00411 |
| | § | |
| James Morrison and CM Capital, LP | § | |
| Regarding an | § | |
| for Exoneration from or Limitation of Liability | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 7, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Complainants' Pro Forma Motion Regarding Complaint for Exoneration From or Limitation of Liability (Dkt. 7) be GRANTED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Complainants' Pro Forma Motion Regarding Complaint for Exoneration From or Limitation of Liability (Dkt. 7) is GRANTED, and, there being no objection, the court will issue an order regarding the Complaint for Exoneration From or Limitation of Liability, containing the terms proposed by Complainants (*see* Dkt. 22).

**IT IS SO ORDERED.**

**SIGNED this the 12th day of October, 2011.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE